JS-6

1  Christopher D. Johnson, SBN: 222698
2  Christopher Q. Pham, SBN: 206697
   JOHNSON & PHAM, LLP
3  6355 Topanga Canyon Boulevard, Suite 115
   Woodland Hills, California 91367
4  Telephone: (818) 888-1540
5  Facsimile: (818) 888-1544
   Email: cpham@johnsonpham.com
6
7  Attorneys for Plaintiff
   GURU DENIM, INC.
8
9  David V. Jafari,  SBN: 207881
   Bahram Niknia, SBN: 256181
10 JAFARI LAW GROUP, INC.
11 801 N. Parkcenter Drive, Suite 220
   Santa Ana, California 92705
12 Telephone: (714) 542-2265
   Facsimile: (714) 542-2286
13 bniknia@jafarilawgroup.com
14
   Attorney for Defendants
15 CHIN RATH and WWW.TRUENAMEBRANDS.COM
16
17            IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
18
19 GURU DENIM, INC., a California          Case No.: EDCV08-0928 VAP (AJWx)
   Corporation,
20                                         [PROPOSED] CONSENT
            Plaintiff,                     JUDGMENT AND PERMANENT
21                                         INJUNCTION
22      v.
23 CHIN RATH, an individual;
   WWW.TRUENAMEBRANDS.CO
24 M, a Business Entity of Unknown
   Status; and Does 1-10, Inclusive,
25
            Defendants.
26

JOHNSON & PHAM, LLP

1

Plaintiff GURU DENIM, INC. and Defendants CIHN RATH and WWW.TRUENAMEBRANDS.COM having consented to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

Judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiff's First Claim for Federal Trademark Infringement [15 *U.S.C.* §1114/*Lanham Act* §43(a)]; on Plaintiff's Second Claim for Federal Copyright Infringement [17 *U.S.C.* §501(a)]; on Plaintiff's Third Claim for False Designation of Origin [15 *U.S.C.* §1125(a)]; on Plaintiff's Fourth Claim for Trademark Dilution [15 *U.S.C.* §1125(c); *California Business & Professions Code* §14330]; on Plaintiff's Fifth Claim for Common Law Copyright Infringement [*California Civil Code* §980]; on Plaintiff's Sixth Claim for Unfair Business Practices [*California Business & Professions Code* §17200]; and on Plaintiff's Seventh Claim for Unjust Enrichment.

## STIPULATED FACTS

Plaintiff and Defendants, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby stipulate to the following facts as true and correct:

(a)   Plaintiff owns a registered United States trademark for the "True Religion Brand Jeans World Tour Fashion for the Senses Section Row Seat" label and corresponding artwork under U.S. Reg. No. 2,917,187, registered January 11, 2005.

(b).   Plaintiff owns registered United States trademarks in the pocket stitching pattern that appears on True Religion Brand Jeans pants and the overall stitching pattern on the front of True Religion Brand Jeans pants under U.S. Reg.

JOHNSON & PHAM, LLP

No. 3,147,244, registered September 16, 2006, and under U.S. Reg. No. 3,219,110, registered March 13, 2007.

(c).   Plaintiff owns 4 registered United States trademarks in the word mark "True Religion Brand Jeans," (hereinafter, "the Mark) with assorted designs, characters and artwork (hereinafter, "the Designs") under the following registration numbers: U.S. Reg. No. 2,761,793, registered September 9, 2003; U.S. Reg. No. 3,120,797, registered July 25, 2006; U.S. Reg. No. 3,120,798, registered July 25, 2006; U.S. Reg. No. 3,282,490, registered August 21, 2007.

(d).   Plaintiff owns registered United States trademarks in the word mark "True Religion," under U.S. Reg. No. 3,162,615, registered October 24, 2006; and under U.S. Reg. No. 3,162,614, registered October 24, 2006.

(e).   Plaintiff owns two United States Copyrights for the True Religion Brand Jeans Designs under Certificate of Registration number VA 1-192-834, effective date of February 6, 2003, and Certificate of Registration number VA 1-301-845, effective date of April 13, 2005.

(f).   Plaintiff owns an additional United States Copyright in the "truereligionbrandjeans.com" website under Certificate of Registration number TX 6-236-806, effective date of June 1, 2005.

(g).   Plaintiff owns a United States Design Patent for the stitch pattern applied to True Religion Brand Jeans pants under United States Patent No. D547530, issued July 31, 2007.

(h).   Plaintiff also owns registered trademarks in the True Religion Brand Jeans Mark and Designs in the following foreign countries or territories: Canada, United Kingdom, European Union, Germany, Australia, Japan, Korea, Mexico, Colombia, Hong Kong, Korea, Norway, Russia, South Africa and Paraguay.

(i).   Defendants sold counterfeit True Religion Brand Jeans denim pants, which infringed on Plaintiff's trademarks and copyrights.

JOHNSON & PHAM, LLP

3

(j).   Plaintiff agrees not to report or record this judgment with any credit reporting agency.

## PERMANENT INJUNCTION

Defendants, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby are permanently enjoined from engaging in, committing, or performing, directly or indirectly, all of the following acts:

a.   using in any manner in connection with Defendants' business or in connection with any other advertising, promotions, solicitations or use for such business, services, or goods bearing the trademarks, trade names, and the copyrights of Plaintiff;

b.   performing or allowing any act or thing which is likely to injure Plaintiff's business reputation or good will;

c.   engaging in federal or state copyright and trademark infringement, false designation of origin, unfair competition, and dilution by tarnishment, which would damage or injure Plaintiff; and

d.   using the Internet, world wide web, or any other domain name to advertise, promote, or sell items bearing the trademarks, trade names, and the copyrights of Plaintiff, or any confusingly similar mark such as the names, marks, and/or trade dress relating to the trademarks, trade names, and the copyrights of Plaintiff or any colorable imitations thereof.

## MONETARY JUDGMENT

Defendants shall be jointly and severally liable to Plaintiffs for the monetary judgment of Twelve Thousand Five Hundred Dollars ($12,500.00), which shall be payable, in certified funds, and delivered to "Johnson & Pham, LLP" by no later than December 2, 2008.

Except as set forth in any separate written agreement between the parties, each party shall bear its own costs, expenses, disbursements and attorneys' fees incurred to date.

The Central District of California shall reserve and retain jurisdiction as to any and all disputes arising out of this Consent Judgment and Permanent Injunction by and between Plaintiffs and Defendant.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: _December 3_ , 2008

By: _Virginia A Phillips_
Honorable Virginia Phillips
Judge of the United States District
Court for the Central District of
California

AGREED AND STIPULATED AS TO FORM AND CONTENT:

**Dated: November _21_, 2008**          **JOHNSON & PHAM, LLP**

By: _____
CHRISTOPHER Q. PHAM, ESQ.
Attorney for Plaintiff
GURU DENIM, INC.

JOHNSON & PHAM, LLP

[PROPOSED] ORDER AND PERMANENT INJUNCTION

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **JOHNSON & PHAM LLP**, located at 6355 Topanga Canyon Blvd, Suite 115 Woodland Hills, CA 91367. On Nov 24, 2008 I served the herein described document(s):

**CONSENT JUDGMENT AND PERMANENT INJUCTION**

      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

x      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

X      CM/ECF - by electronically transmitting the document(s) listed above to

      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

      by overnight courier of the document(s) listed above to the person(s) at the address(es) set forth below.

David V. Jafari

JAFARI LAW GROUP, INC

Santa Ana, California 92705

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on Nov 24, 2008 at Los Angeles, California.

Amanda Silva